Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of

Division

Elizabeth Ann Busto,
C. M. Busto

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Merriam-Webster Corporation

_____
Defendant(s)
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

(to be filled in by the Clerk's Office)

Jury Trial: *(check one)* ☒ Yes ☐ No

DICTIONARY
DAY

# COMPLAINT FOR A CIVIL CASE

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Elizabeth Ann Busto, C. M. Busto |
| Street Address | 535 E. Yanonali St. |
| City and County | Santa Barbara, S. B. County |
| State and Zip Code | CA  93103 |
| Telephone Number | 909-715-3152 |
| E-mail Address | bchad4215@gmail.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                       Merriam-Webster Corporation

    Job or Title *(if known)*    Book (Dictionary) Publisher

    Street Address           47 Federal St.

    City and County       Springfield, MA   01102

    State and Zip Code

    Telephone Number     413-734-3134

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[X] Federal question          [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Webster's dictionary itself is EVIDENCE THAT MERRIAM - WEBSTER CORPORATION IS ALREADY PROVEN GUILTY OF COMMITTING EVERY CRIME THAT HAS EVER OCCURED IN THE UNITED STATES of AMERICA, INCLUDING MURDER IN THE FIRST DEGREE.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* Elizabeth A. Busto, C.M. Busto, is a citizen of the State of *(name)* California

b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____ , is incorporated
under the laws of the State of *(name)* _____ ,
and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)* Merriam-Webster , is a citizen of
the State of *(name)* Massachusetts . Or is a citizen of
*(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

One Million Dollars for Murdering us and Attempting to continue to Murder everyone in the U.S.; Shut-Down Corporation and have Meeting in Austin Texas by Christmas.

**III.   Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Dictionary is every word inside it. To Identify or point out any given order of words is one main use of the dictionary. Merriam-Webster's Unabridged Dictionary, therefore, is EVIDENCE THAT MERRIAM-WEBSTER CORPORATION IS GUILTY OF ALL FIRST DEGREE MURDERS THAT HAVE EVER OCCURED, AND IS CURRENTLY MURDERING AND ATTEMPTING TO MURDER EVERYONE IN AMERICA INCLUDING ME AND MY MOM!

**IV.   Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

ONE MILLION DOLLARS FOR PAIN + SUFFERING AND A CEASE AND DESIST OF ALL CORPORATE OPERATIONS AND HAVE A MEETING IN TEXAS BY CHRISTMAS.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        _____ *Me 6/28/21*

Signature of Plaintiff   _____ *Me (C. M. Busto)*
Printed Name of Plaintiff  *C. M. Busto and* *Elizabeth Ann Busto*
                                    *Elizabeth Ann Busto*

### B.      For Attorneys

Date of signing:        _____ *Me 6/28/21*

Signature of Attorney   _____
Printed Name of Attorney  _____
Bar Number                 _____
Name of Law Firm         _____
Street Address            *535 E. Yanonaglist.*
State and Zip Code        *909 - 715 - 3152   CA, 93103*
Telephone Number          *909 - 715 - 3152*
E-mail Address            *bchad4215@gmail.com*