These are Already Approved Forms.

There's no way its sane to not take this case seriously over $400.

These are
Already Approved
Forms?

There's no way it

Same to not take

this use seriously

over $400

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)    Appendix C

# UNITED STATES DISTRICT COURT
for the Southern District of Texas

C. M. Busto, the First.
**Plaintiff**

v.

The Honorable State of Texas
**Defendant**

Civil Action No. 21MC0020

United States Courts
Southern District of Texas
FILED
JAN 08 2021
Clerk of Court

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: **We are an entire humanity. We are being held in Prisons and Jails all over the world.** If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are: **Because I am a Human Being, yes I am one body, at least, but my perception and ability to sense my surroundings, which includes my surroundings, is also a part of me (us).**

My gross pay or wages are: $ _____, and my take-home pay or wages are: $ _____ per (specify pay period) _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment      ☒ Yes   ☐ No
(b) Rent payments, interest, or dividends              ☒ Yes   ☐ No
(c) Pension, annuity, or life insurance payments       ☒ Yes   ☐ No
(d) Disability, or worker's compensation payments      ☒ Yes   ☐ No
(e) Gifts, or inheritances                             ☒ Yes   ☐ No
(f) Any other sources                                  ☒ Yes   ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Ans  As an American Citizen, I have a body, mind and voice. If my voice is a language, like A. English, then I have the language. When I have (when we have) the American English Language, we (I) MUST HAVE ALL COMBINATIONS OF ITS SYMBOLS, A-Z, AND ALL COMBINATIONS OF ITS WORDS. PERIOD. i therefore MUST HAVE THE EXACT TRUTHFUL COMBINATION OF WORDS AS A STATEMENT "I HAVE AN INFINITE AMOUNT OF money from an infin...

Because I (we) Are American English (We) Also Have AN INFINITE AMOUNT OF CASH,

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ __INFINITE__

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (describe the property and its approximate value):

I, Along with Everything and Everyone Else that Exists Am A Co-owner of Everything that Exists. We Have Everything that Exists Together through the Truth of Reality, and a Common Identity as Humans + Existence Itself.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (describe and provide the amount of the monthly expense):

All houses, transportation, owed loans, and An Infinite Debt is a part of who we are and who I am. Technically, I both have and owe An Infinite Amount of Money, which puts the ledger at $0.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

As long as I (we) live, (and even dead people are still apart of our lives) Everyone and Everything will be categorical truths which will Depend on Us (ME, You + I)

8. Any debts or financial obligations (describe the amounts owed and to whom they are payable):

We ALL HAVE, UNTIL WE CHANGE OUR LANGUAGE, WHICH IS A FACT OF OUR REALITY (BEING THESE WORDS), AN INFINITE AMOUNT OF DEBT (OUR NATIONAL DEBT KEEPS INCREASING TOWARDS INFINITY)

Declaration: I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 1/8/21

Applicant's signature

C. M. Busto
Printed name

(WE) SO I ACTUALLY CURRENTLY OWE EVERYTHING AND EVERYONE AN INFINITE AMOUNT OF MONEY DUE TO EVER INCREASING DEBT!!!

This site was designed with the WIX.com website builder. Create your website today.   Start Now

"Everything that we sense is a part of us: the sun, the sky, the people around us, our country, reality, life; because our senses are a part of us."

- "The United States of America."

We Are Our Language

Business       Business De

## JUDGMENT 1. Won initial judgment in TEXAS. Thank You Lynn Hughes and Keith Ellison!

www.pacer.gov     southern district of texas

case #'s  21MC0020   (houston division)

## JUDGMENT 2. Won Additional judgment in SAN JOSE. Thank You Virginia DeMarchi!

www.pacer.gov     northern district of california

case #'s 21-cv-2642

Additional Case # (Federal Court)
21-cv-2837 (granted)

San Diego Superior Court
Small Claims  0000-7514
              Bush vs. WF Corp.
Granted Fee Waiver (is legally binding Doc.)

Not
and
viev
web
Mar
and
Suit
to w
uph
trutl
eve
eart

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
## for the

C. M. Busto the First.
_____
Plaintiff/Petitioner

v.

Google and Microsoft
_____
Defendant/Respondent

Civil Action No. CV 21 2642 VKD

**FILED APR 12 2021  SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA SAN JOSE OFFICE**

**SCANNED**

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: **Every Prison/Jail/Detention compound on Earth**
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ **Infinite**, and my take-home pay or wages are: $ **Infinite** per
(specify pay period) **Year**

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment   ☒ Yes   ☐ No
(b) Rent payments, interest, or dividends            ☒ Yes   ☐ No
(c) Pension, annuity, or life insurance payments     ☒ Yes   ☐ No
(d) Disability, or worker's compensation payments    ☒ Yes   ☐ No
(e) Gifts, or inheritances                           ☒ Yes   ☐ No
(f) Any other sources                                ☒ Yes   ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

Language/Existence/Reality are our only sources of money/cash/Income. (Infinite Debt + Expenses, too)

I received Infinite Cash when I received American English in Kindergarten (Forced on me (us)

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ **Infinite**

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (*describe the property and its approximate value*):

I am Reality. Everything and Everyone around me is Reality. The word Reality and its definition are a fact of reality. I am real. The statement "the same thing" of English is real. Everything that exists is real.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (*describe and provide the amount of the monthly expense*):

All

Therefore, I am (We Are) Everything that exists.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Everyone who has ever existed is a part of who I am (and who you are).

8. Any debts or financial obligations (*describe the amounts owed and to whom they are payable*):

All debts are ours. Everyone has An Infinite amount of Debt + Expenses.

Declaration: I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 4/12/21

Me (C.M.B.)
Applicant's signature

Chad Michael Busto
Printed name

This site was designed with the WiX.com website builder. Create your website today. Start Now

"Everything that we sense is a part of us: the sun, the sky, the people around us, our country, reality, life; because our senses are a part of us."

- "The United States of America."

We Are Our Language

Business        Business De



```
              WHO WE ARE.

            WE ARE OUR
          LANGUAGES IN
        AMERICA.  WE ARE
             AMERICAN
             ENGLISH.

         THESE WORDS ARE
             AMERICAN
             ENGLISH.

         OUR LANGUAGE IS
            WHO WE ARE.
```

**WE ARE EVERYTHING.**

**WE ARE
EVERYWHERE.**

**AND BECAUSE THIS MEANS WE ARE EVERYONE, ALL 331 MILLION OF US AS AMERICAN CITIZENS ARE THE REAL PRESIDENT(S) OF THE UNITED STATES OF AMERICA. IT IS NOT JUST ONE OF US.**

This site was designed with the WIX.com website builder. Create your website today.  Start Now

"Everything that we sense is a part of us: the sun, the sky, the people around us, our country, reality, life; because our senses are a part of us."

- "The United States of America."

We Are Our Language

Business    Business Des

# 5. The First Person Perspective of All Our Occupations as Humans Including The Presidency of the United States of America.

if this website is right (it is), and we are all everything everywhere forever, what are all the other humans and living creatures doing around you (us) right now, as us? (very serious idea, very different from what we are used to as humans.)

this website is evidence in other cases.

everyone-president.wixsite.com/331million2024

bing search — everyone-president    (wix in site sugg. above)

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>ALL BUSINESSES IN THE UNITED STATES OF AMERICA ) ) ) ) ) | Case No. |

## ANTICIPATORY SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the      **UNITED STATES**      District of      **ALL DISTRICTS**
*(identify the person or describe the property to be searched and give its location)*:


I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property UPON OCCURRENCE OF THE FOLLOWING CONDITION(S) *(state the condition(s) which must occur to establish probable cause)*:
AMERICAN ENGLISH, BEING ILLEGAL, BANNED, PROHIBITED, OUTLAWED, UNLAWFUL AND FORBIDDEN MAKES ANY PRODUCT WITH AMERICAN ENGLISH AS ITS LABELING IN ANY WAY ALSO ILLEGAL, AMERICAN ENGLISH BEING ONE LANGUAGE, AND THEREFORE CONSISTING OF ALL OF ITS WORDS AS CHARACTERISTIC OF IT EVERYWHERE IT IS

I further find that upon the occurrence of the conditions specified above, such search will reveal *(identify the person or describe the property to be seized)*:
MANY ILLEGAL PRODUCTS ALL OVER OUR COUNTRY:  IN OUR CAR DEALERSHIPS, IN OUR FACTORIES, IN OUR STORES AND LISTED ON OUR WEBSITES.  MAKING OUR CHILDREN WANT ILLEGAL PRODUCTS AND THEREFORE WANT TO COMMITT CRIME IS CONSTITUENT OF ENTICEMENT, A FEDERAL OFFENSE (SERIOUS).

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

IF THE CONDITION(S) DESCRIBED ABOVE HAVE NOT OCCURRED, THIS WARRANT MUST NOT BE EXECUTED.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.


Date and time issued: _____          _____
                                                                                                                                     *Judge's signature*

City and state: _____                       _____
                                                                                                                                     *Printed name and title*

# UNITED STATES DISTRICT COURT
for the

|  |  |
|---|---|
| United States of America<br>v.<br>The United States of America<br><br><br><br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Every day this year__ in the county of __All counties in the U.S.__ in the __All Districts__ District of _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| All United States Codes have been violated this year by EVERY AMERICAN (ALL 331 MILLION OF US) | ALL OFFENSES OUTLINED IN OUR ENTIRE UNITED STATES CODE OF CONDUCT, ALL STATE LAWS AND ALL CITY ORDINANCES |

This criminal complaint is based on these facts:
OUR SOCIETY IS ONE NATION; EVERYTHING ABOUT AMERICA IS WHAT AMERICA IS INCLUDING THE FACT THAT OUR LANGUAGE ITSELF, BEING A FACT OF OUR COUNTRY AND AN ASPECT OF EVERY LAW WE HAVE IS AT LEAST HALF OF ALL OF OUR CRIMES. FOR INSTANCE, THE WORD MURDER, BEING NECESSARY TO UNDERSTAND THE LEGAL ASPECTS OF THE ACT OF MURDER AND TO DECLARE THE ACT ILLEGAL AND WRONG IS THEREFORE A NECESSARY PART OF MURDER EVERY TIME IT OCCURS, TO PROSECUTE.

☒ Continued on the attached sheet.

*Complainant's signature*

C. M. BUSTO, TESTIFYING AS AMERICA ITSELF

*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

*Judge's signature*

City and state: _____

*Printed name and title*

To be able to identify All of the possible orders of facts that exist is a basic human right.

All of the orders of words identifiable in All possible combinations, including Alphabet, that it is possible to identi[fy] the words in any dictiona[ry], including the order state[d] herein, is fact.

To be able to identify All of the possible orders of facts that exist is a basic human right.

All of the orders of words identifiable in All possible combinations, Including Alphabetic, that it is possible to identify the words in any dictionary, Including the order stated herein, is fact.

1. the
2. dictionary
3. itself
4. is
5. proof (evidence)
6. all
7. corporate
8. office
9. business
10. in
11. this
12. country
13. has
14. been
15. guilty
16. of
17. murder

1. the
2. dictionary
3. itself
4. is
5. proof (evidence)
6. all
7. corporate
8. office
9. business
10. in
11. this
12. country
13. has
14. been
15. guilty
16. of
17. wrongs