UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ELIZABETH ANN BUSTO, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 21-30081-MGM |
| MERRIAM-WEBSTER CORPORATION, | * | |
| Defendant. | * | |

**<u>ORDER</u>**

July 7, 2021

MASTROIANNI, U.S.D.J.

Elizabeth Ann Busto ("Busto") has filed a civil complaint against Merriam-Webster Corporation. Her statement of the claim consists of the following:

> The dictionary is every word inside it. To identify or point out any given order of words is one main use of the dictionary. Merriam-Webster's Unabridged Dictionary, therefore, is evidence that Merriam-Webster Corporation is guilty of all first degree murders that ever occurred and is currently murdering and attempting to murder everyone in America including me and my mom!

Compl. at 4 (emphases omitted). In her prayer for relief, Busto seeks "one million dollars for pain & suffering and a cease and desist of all corporate operations and have a meeting in Texas by Christmas." *Id.*

The Court has inherent authority to dismiss a frivolous action without giving prior notice to the plaintiff. *See Brockton Sav. Bank. v. Peat, Marwick, Mitchell & Co.,* 771 F.2d 5, 11 n.5 (1st Cir. 1985) ("We long ago recognized 'the inherent and necessary power of courts of general jurisdiction to protect members of the public from vexatious suits through an exercise of the right to dismiss

frivolous proceedings.'" (quoting *O'Connell v. Mason*, 132 F. 245, 247 (1st Cir. 1904))). Regardless of a plaintiff's belief in the importance of her lawsuit, in legal parlance a claim is "frivolous" when it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Busto's claim against Merriam-Webster Corporation falls within this definition.

    For the foregoing reasons, the court hereby orders that this action be DISMISSED.

    It is So Ordered.

    /s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge