UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ELIZABETH ANN BUSTO,                )
                    Plaintiff,      )
                                    )  Civil Action
MERRIAM-WEBSTER CORPORATION,        )  No. 3:21-cv-30081-MGM
                    Defendant.      )

ORDER OF DISMISSAL

July 7, 2021

MASTROIANNI, D.J.

    Pursuant to the court's order of this date ordering the dismissal of this case, it is hereby ordered that this case be closed.

    It is so ordered.


                              /s/ Mark G. Mastroianni
                              U.S. District Court Judge